1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ARLENE POBLETE,                                No. C 13-05815 LB

                        Plaintiff,            **ORDER CONTINUING THE**
                                               **HEARING ON DEFENDANT'S**
        v.                                     **MOTION TO COMPEL**
                                               **ARBITRATION AND EXTENDING**
99 CENTS ONLY,                                 **THE BRIEFING SCHEDULE FOR IT**

                        Defendant.
_____/       [Re: ECF Nos. 15, 17]

In this action, Plaintiff Arlene Poblete, who is proceeding *pro se*, has sued her former employer,

Defendant 99 Cents Only Stores ("99 Cents Only"), for terminating her employment in violation of

the Americans with Disabilities Act of 1990, 42 U.S.C. §12101-12213, the Family Medical Leave

Act, 29 U.S.C. § 2601-2654, and the California Fair Employment and Housing Act, California

Government Code §§ 12900-12996.  *See generally* Complaint, ECF No. 1.  On February 6, 2014, 99

Cents Only filed a motion to compel Ms. Poblete to submit her claims to binding arbitration.  *See*

Motion, ECF No. 15.  On February 27, 2014, after the time for her to file an opposition brief had

passed, *see* N.D. Cal. Civ. L.R. 7-3, Ms. Poblete filed a paper that states that she fully intends to

oppose 99 Cents Only's motion and apologizes for failing to timely file one.  *See* Request, ECF No.

17 at 2.  She states that she was not aware of the deadline for filing one.  *Id.*  She also states that she

has been actively  trying to retain counsel but has so far been unsuccessful.  *Id.*  Finally, she requests

that the court continue the hearing on 99 Cents Only's motion for 30 days so that she may retain

counsel and adequately prepare an opposition brief.  *Id.*  99 Cents Only did not file anything in

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-05815 LB
ORDER

1   response to Ms. Poblete's request for a continuance.

2       In these circumstances, the court finds good cause to continue the hearing on 99 Cents Only's

3   motion and to extend the deadlines for opposition and reply briefs.  To that end, the court

4   **CONTINUES** the hearing on 99 Cents Only's motion from March 20, 2014 to **May 1, 2014 at 9:30**

5   **a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San

6   Francisco, California, 94102.  Ms. Poblete must file and serve any opposition brief (or a statement of

7   non-opposition) **no later than April 10, 2014**, and 99 Cents Only must file and serve any reply brief

8   **no later than April 17, 2014**.  This will give Ms. Poblete some additional time to retain counsel and

9   the parties some additional time to file and serve the remaining briefs.

10      The court also suggests that Ms. Poblete contact the Legal Help Center at 415-782-8982 and to

11  review the court's Handbook for Pro Se Litigants that is attached to this order.

12      **IT IS SO ORDERED.**

13  Dated: March 7, 2014

14                                                         _____
                                                           LAUREL BEELER
15                                                         United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**