UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARLENE POBLETE, | No. C 13-05815 LB |
| Plaintiff, | **ORDER (1) TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND (2) CONTINUING THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| 99 CENTS ONLY, Inc., | |
| Defendant. | [Re: ECF Nos. 15, 18] |

In this action, Plaintiff Arlene Poblete, who is proceeding *pro se*, has sued her former employer, Defendant 99 Cents Only Stores ("99 Cents Only"), for terminating her employment in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101-12213, the Family Medical Leave Act, 29 U.S.C. § 2601-2654, and the California Fair Employment and Housing Act, California Government Code §§ 12900-12996. *See generally* Complaint, ECF No. 1. On February 6, 2014, 99 Cents Only filed a motion to compel Ms. Poblete to submit her claims to binding arbitration. *See* Motion, ECF No. 15. On February 27, 2014, after the time for her to file an opposition brief had passed, *see* N.D. Cal. Civ. L.R. 7-3, Ms. Poblete filed a paper that stated that she fully intends to oppose 99 Cents Only's motion and apologized for failing to timely file one. *See* Request, ECF No. 17 at 2. She stated that she was not aware of the deadline for filing one. *Id.* She also stated that she has been actively trying to retain counsel but has so far been unsuccessful. *Id.* Finally, she requested that the court continue the hearing on 99 Cents Only's motion for 30 days so that she may

retain counsel and adequately prepare an opposition brief. *Id.* 99 Cents Only did not file anything in response to Ms. Poblete's request for a continuance.

Given these circumstances, the court found good cause to continue the hearing on 99 Cents Only's motion and to extend the deadlines for opposition and reply briefs. *See* 3/7/14 Order, ECF No. 18. To that end, the court continued the hearing on 99 Cents Only's motion from March 20, 2014 to May 1, 2014 at 9:30 a.m. and ordered Ms. Poblete to file and serve either an opposition brief or a statement of non-opposition no later than April 10, 2014. *Id.*

It is now five days past April 10, 2014, and Ms. Poblete has yet to file and serve either an opposition brief or a statement of non-opposition as the court ordered her to do. Accordingly, the Court hereby **ORDERS** Ms. Poblete to show cause why her action should not be dismissed for her failure to prosecute it. The court **ORDERS** Ms. Poblete to file a written response to this order to show cause on or before **12:00 p.m. on Tuesday, April 22, 2014**. If Ms. Poblete does not file her response by then, the court may dismiss this action without prejudice without further notice.

In light of this order to show cause, the court **CONTINUES** the hearing on 99 Cents Only's motion to compel arbitration to **11:00 a.m. on June 5, 2014** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-05815 LB
ORDER TO SHOW CAUSE
2